# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Keith Carnes,<br>    Plaintiff/Appellee,<br><br>v.<br><br>Robert Blehm, et al,<br>    Defendants/Appellants. | ) ) ) ) ) ) ) ) ) ) | Case No. 25-1490 |
| Keith Carnes,<br>    Plaintiff/Appellee,<br><br>v.<br><br>Amy McGowan,<br>    Defendant/Appellant. | ) ) ) ) ) ) ) ) ) ) | Case No. 25-1515 |

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Plaintiff/Appellee Keith Carnes respectfully requests a one-week extension of time up to and including June 24, 2025 to file his response brief. In support of this Motion, Appellee states as follows:

1. On March 14, 2025, this Court issued its consolidated briefing schedule in cases 25-1490 and 25-1515.

2. On April 25, 2025, Appellants requested a 30-day extension to file their brief and addendum.

3. Appellants filed their brief and addendum on June 4, 2025.

4. Appellee's response brief is currently due on July 17, 2025.

5. Lead counsel for Appellee is currently in the midst of pre-trial preparations in the Northern District of Alabama (4:20-cv-02058-ACA and 4:21-cv-00264-ACA).

6. Appellee is requesting a one-week extension to file their response brief, with a due date of July 24, 2025.

7. Counsel for Appellants do not oppose this request.

8. This request is made in good faith and not meant to cause delay.

WHEREFORE the undersigned counsel respectfully requests a one-week extension of time up to and including July 24, 2025 to file Appellee's brief.

Respectfully submitted,

/s/Locke Bowman
*Counsel for Plaintiff-Appellee*
Locke Bowman
Jordan Poole
Loevy and Loevy
311 N Aberdeen
Chicago, Il 60607
312-243-5900
locke@loevy.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Locke Bowman

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Keith Carnes,<br>    Plaintiff/Appellee,<br><br>v.<br><br>Robert Blehm, et al,<br>    Defendants/Appellants. | ) ) ) ) ) ) ) ) ) | Case No. 25-1490 |
| Keith Carnes,<br>    Plaintiff/Appellee,<br><br>v.<br><br>Amy McGowan,<br>    Defendant/Appellant. | ) ) ) ) ) ) ) ) ) | Case No. 25-1515 |

**CERTIFICATE OF COMPLIANCE FOR APPELLEE'S MOTION FOR EXTENTION OF TIME TO FILE APPELLEE'S BRIEF**

    I hereby certify that Appellee's Unopposed Motion for Extension of Time to File Appellants' Briefs filed in this matter on July 11, 2025 contains 173 words and complies with the type-volume limitations required by Federal Rule of Appellant Procedure 27.

    The Motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and 32(a)(6) as the Motion was prepared in Times New Roman 14-point font.

Respectfully submitted,

/s/Locke Bowman
*Counsel for Plaintiff-Appellee*

Locke Bowman
Jordan Poole
Loevy and Loevy
311 N Aberdeen
Chicago, Il 60607
312-243-5900
locke@loevy.com