# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1490

Keith L. Carnes

Appellee

v.

Robert Blehm

Appellant

Ed Begley and Vernon Huth

Avery Williamson

Appellant

Steve Morgan, et al.

No: 25-1515

Keith L. Carnes

Appellee

v.

Robert Blehm, et al.

Amy McGowan

Appellant

Kansas City Missouri Board of Police Commissioners, et al.

------

Appeals from U.S. District Court for the Western District of Missouri - Kansas City
(4:23-cv-00278-RK)

------

# ORDER

Appellee's motion for extension of time to file the brief is granted. Appellee may have until July 24, 2025 to file the brief.

July 11, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler